IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYRENA GATHRIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TN WARD COMPANY, | : | |
| DAVID TARDITI and MARK SMITH | : | NO. 14-4521 |

## ORDER

AND NOW, this 2nd day of October, 2015, upon motion of defendants with no opposition from plaintiff, the following defendant is **DISMISSED** with prejudice: David Panichi.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge