IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYRENA GATHRIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TN WARD COMPANY, | : | |
| DAVID TARDITI and MARK SMITH | : | NO.  14-4521 |

## CIVIL JUDGMENT

AND NOW, this 2nd day of October, 2015, in accordance with the verdict of the jury, by way of interrogatories, it is hereby

## ORDERED

that Judgment be and the same is hereby entered in favor of defendants, TN Ward Company, David Tarditi and Mark Smith, and against plaintiff, Syrena Gathright.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge