# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYRENA GATHRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> TN WARD COMPANY; <br> DAVID PANICHI; DAVID TARDITI; <br> GARY PERGOLINI; and MARK SMITH <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:14-CV-04521-TJR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that Syrena Gathright, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment after jury trial entered in favor of Defendants TN Ward Company, David Tarditi and Mark Smith, and against Plaintiff Syrena Gathright on the 2nd day of October, 2015.

Respectfully submitted,

/s/ *Noah S. Shapiro*

Noah S. Shapiro
Zarwin, Baum, DeVito, Kaplan,
Schaer & Toddy, PC
1818 Market Street, 13th Floor
Philadelphia, PA 19103
T- (215) 569-2800
F- (215) 569-1606

Attorneys for Plaintiff

Dated: October 28, 2015

# CERTIFICATE OF SERVICE

I, Noah S. Shapiro, certify that I today served a copy of the foregoing Notice of Appeal by making it available to all registered users of the Court's ECF system, including the following:

Larry J. Rappoport, Esquire
STEVENS & LEE
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

Attorney for Defendants


/s/ *Noah S. Shapiro*
NOAH S. SHAPIRO

Dated: October 28, 2015