## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYRENA GATHRIGHT                          :
                                          :
                    Plaintiff             :     Docket No.: 2:14-cv-04521-RB
                                          :
        v.                                :
                                          :
TN WARD COMPANY, DAVID                    :
PANICHI, DAVID TARDITI,                   :
GARY PERGOLINI, and MARK SMITH,           :
                                          :
                    Defendants.           :
                                          :

### MOTION FOR WITHDRAWAL OF DEFENDANTS' BILL OF COSTS

TO THE CLERK:

Defendants, TN Ward Company, David Panichi, David Tarditi, and Mark Smith (collectively, "Defendants") filed a Bill of Costs in the above-captioned matter on October 9, 2015. Defendants hereby withdraw the Bill of Costs and each party in this case shall be responsible for their or its own costs, expenses and attorneys' fees.

Dated: November 30, 2015              STEVENS & LEE, P.C.

                                      By: /s/ Larry J. Rappoport
                                          Larry J. Rappoport, Esquire
                                          Attorney ID 26922
                                          Lisa M. Scidurlo, Esquire
Approved By the court.                    Attorney ID 80487
                                          620 Freedom Business Center, Suite 200
                                          King of Prussia, PA  19406
                                          Phone:  610-205-6039
                                          Fax:  610-371-7977
                                          Email:  ljr@stevenslee.com

                                      Attorneys for Defendants

Thomas J Reuter
12-01-2015

## **CERTIFICATE OF SERVICE**

I, LARRY J. RAPPOPORT, ESQUIRE, hereby certify that a true and correct

copy of the foregoing Motion for Withdrawal of Defendants' Bill of Costs was filed

electronically and made available to Plaintiff's counsel for viewing *via* the Court's ECF system.

/s/ *Larry J. Rappoport*
Larry J. Rappoport, Esquire

Dated:  November 30, 2015

SL1 321785v1/30774.006
SL1 1393340v1 000000.00008